IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM A. MYERS,             ) | |
|     )| |
|     Plaintiff,           ) | |
|     ) | CIVIL ACTION NO. |
|     v.                   ) | 2:21cv174-MHT |
|     ) | (WO) |
| GOV. KAY IVEY, et al.,   ) | |
|     ) | |
|     Defendants.          ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that the defendants failed to provide him with adequate protection from COVID-19.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' special report be construed as a motion for summary judgment and that the motion for summary judgment be granted on all claims.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of December, 2023.

                         /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**